UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*In re* Letter of Request for International Judicial Assistance from the Family Court of Kayseri, Turkey: Matter of Mr. Durmuş Ali Karadas, residing at 43-10 44th Street, Apt. #5-G, Long Island City, New York 11104

Miscellaneous Action No. _____

MISC 10-0623

GARAUFIS, J.

FILED CLERK 2010 SEP 14 AM 11:59 U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK

### *EX PARTE* APPLICATION OF THE UNITED STATES FOR ORDER UNDER 28 U.S.C. § 1782 (1994)

Pursuant to a letter of request for international judicial assistance dated February 10, 2009, issued by the Family Court of Kayseri, Turkey, under the Hague Convention on the Taking of Evidence Abroad, which entered into force between the United States of America and the Republic of Turkey on October 7, 1972, TIAS 7444, 23 UST 2555, the United States of America, by its undersigned attorneys, hereby respectfully petitions this Court for an order pursuant to 28 U.S.C. § 1782 (1994), in the form annexed, appointing an Assistant United States Attorney in the Eastern District of New York as Commissioner for the purpose of obtaining the testimony and answers to interrogatories of the witness Durmuş Ali Karadaş, said to reside within the jurisdiction of this Court at 43-10 44th Street, Apt. #5-G, Long Island City, New York.

The original letter of request for international judicial assistance, in both Turkish and English, is annexed hereto.

Dated: Brooklyn, New York
September 7, 2010

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201

By: _____
CHARLES KELLY
Assistant United States Attorney
(718) 254-6040

T.R.
KAYSERİ
FAMİLY
COURT
BASIS NO : 2008/883

INSTRUCTION

TO THE COMPETENT
LEGAL AUTHORITY

USA

Due to the divorce lawsuit brought to our court by attorney of claimant Mr. Emre Gözüpek against respondent Mrs. Nurbin Münevver Gözüpek;
We request that the citation and the attached questions which were prepared by attorney of respondent to be asked to the claimant's witness and that his/her information and experience about the lawsuit to be asked him/her and recorded in minutes and that the document to be prepared regarding this issue to be sent to our court before 02/June/2009, the date until when the hearing was delayed. 20/Mar/2009

Secretary 71600  
SIGNATURE

Judge 83927  
SEAL AND SIGNATURE

IDENTITY OF WITNESS :
DURMUŞ ALİ KARADAŞ
43-10 44th Street . Apt. 5-G Long Island City- NY 11104 USA

ATTACHEMENTS /    Petition for the questions to be asked to the witness (In Turkish and English)
Copy of receipt showing the payment of 28,00 TL was done



KAYSERİ
2. AİLE MAHKEMESİ
ESAS NO : 2008/883                                                              TALİMAT

## YETKİLİ ADLİ MAKAMINA
## AMERİKA

    Davacı Emre Gözüpek vekili Av. Yalçın Önal tarafından davalı Nurbin Münevver Gözüpek aleyhine mahkememize açılan boşanma davası nedeniyle;

    Aşağıda isim ve adresi yazılı davalı tanığının mahkememize celbi ile ekte gönderilen davalı vekili tarafınca hazırlanan soruların kendisine okunarak, dava hakkındaki bilgi ve görgüsünün nelerden ibaret olduğunun etraflı bir şekilde sorularak tutanağa geçirilmesi ve bu hususta düzenlenecek talimat evrakının duruşmanın bırakıldığı 02/06/2009 tarihinden önce mahkememize gönderilmesi rica olunur. 20/03/2009

Katip 71600                                                                    Hakim 33927

TANIK KİMLİĞİ   :
DURMUŞ ALİ KARADAŞ
43-10 44th Street . Apt. 5-G Long Island City- NY 11104
USA

EKLERİ/     Tanığa sorulacak sorular (Türkçe ve İngilizce ) dilekçesi
            28,00 TL.' nin yatırıldığına dair vezne alındı makbuzu
            fotokopisi

Arife ERDEM
Noter Yardımcısı

## ATTORNEY REMZİYE KAYA

Serçeönü mah.Ahmetpaşa cad.Türkay İş Merkezi K:2 N:35/14
Tel:231 53 48 KAYSERİ

### TO THE 2ND FAMILY COURT OF KAYSERİ

FILE NO.............. :2008/883 ESAS
HEARING..........:
SUBJECT............ :The questions which we want to be asked to our witnesses
........................... living abroad and recognizance.

1- How did the parties get acquainted?

2- How long have the claimant and respondent been living in US?

3- Were there any differences between parties regarding perception and evaluation of the events and did they have quarrels accordingly?

4- When did the parties purchase their common house and what were their shares of contribution?

5- What happened to the gold jewelry gifted at the wedding ceremony?

6- Why did claimant Mr. Emre return to Turkey?

7- What did claimant Mr. Emre's family say about the house which was purchased jointly by the parties?

8- What were the humiliating words and behaviors of claimant Mr. Emre's family against respondent Mrs. Nurbin when they came to US?

9- What kind of quarrels were experienced between the parties during the days when claimant Mr. Emre's family were in US?

10- Did claimant Mr. Emre's father ever shout and insult respondent Mrs. Nurbin's mother?

11- What did claimant Mr. Emre's mother say to respondent Mrs. Nurbin about returning to Turkey and living there?

12- How were the relations and communication between claimant Emre and respondent wife Mrs. Nurbin?

13- Did Mrs. Nurbin put the common house up for sale? Did she attempt for returning to Turkey permanently? What did she do?

14- Did claimant Mr. Emre contribute to common costs after he returned to Turkey?

15- What illnesses and inconveniences did respondent Mrs. Nurbin have due to the events she experienced?

**In addition, we commit that we will cover the costs of witnesses if demanded.**

We demand and submit respectfully by proxy.

10.02.2009 Attorney of Respondent
Att. Remziye KAYA
SIGNATURE

AVUKAT
REMZİYE KAYA
Serçeönü mah.Ahmetpaşa cad.Türkay İş Merkezi K:2 N:35/14
Tel:231 53 48 KAYSERİ

10./..02../..2009
Yazı İşl.Müdürü

## 2.AİLE MAHKEMESİ HAKİMLİĞİNE
### KAYSERİ

DOSYA NO......:2008/883 ESAS
DURUŞMASI....:
KONU............:**Yurt dışında dinlenecek tanıklarımıza sorulmasını istediğimiz sorular ve taahhütname**.

1-Tarafların nasıl tanışmışlardır?

2-Davacı ve davalı ne kadar süredir Amerika'da yaşamaktadırlar?

3-Taraflar arasında olayları algılamada ve değerlendirmede farklılıklar varmıy dı ve bu sebeple aralarında tartışmalar yaşandı mı?

4-Taraflar müşterek evlerini hangi tarihde aldılar ve alınan eve davacı ve davalı hangi oranlarda katkıda bulundu?

5-Düğün merasiminde takılan altınlara ne oldu?

6-Davacı Emre ne sebeple Türkiye'ye dönmüştür?

7-Davacı Emre'nin ailesi Amerika'ya geldiğinde tarafların aldığı müşterek ev hakkında neler söylemişlerdir?

8-Davacı Emre'nin ailesi Amerika'ya geldiğinde davalı Nurbin'i ve ailesini küçümseyici hangi söz ve eylemlerde bulunmuşlardır?

9-Davacı Emre'nin ailesinin Amerika'ya geldiği günlerde taraflar arasında ne gibi tartışmalar yaşanmış dır?

10-Davacı Emre'nin babası davalı Nurbin'in annesine bağırıp hakaret etmiş midir?

11-Davacı Emre'nin annesi davalı Nurbin'ne Türkiye'ye dönmek ve orada yaşamak ,çalışmakla ilgili neler söylemişdir?

12-Davacı Emre'nin Türkiye'ye dönmesinden sonra davalı eşi Nurbin ile ilişkileri iletişimleri nasıl sürmüşdür?

13-Davalı Nurbin müşterek evi satılığa çıkarmış mıdır,Türkiye'ye kesin dönüş yapmak için girişimlerde bulunmuşmudur,neler yapmışdır?

14-Davacı Emre Türkiye'ye döndükten sonra müşterek giderlere katkıda bulunmuşmudur?

15-Davalı Nurbin yaşadığı olaylar sebebiyle fiziksel ve psikolojik ne gibi hastalıklar ve rahatsızlıklar yaşamışdır?

**Ayrıca istenmesi halinde tanık ücretlerinin tarafımızca karşılanacağını taahhüt ediyoruz.**

Saygıyla vekaleten arz ve talep ederiz.10.02.2009
Davalı vekili Av.Remziye KAYA